

# Fourth Court of Appeals
## San Antonio, Texas

August 14, 2017

No. 04-17-00058-CR

David Alexander **ZUNIGA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4390B
Honorable Sid L. Harle, Judge Presiding

# O R D E R

On August 10, 2017, appellant file a pro se motion, requesting a copy of the appellate record, including the clerk's record and court reporter's record. In his motion appellant also requests an extension of time of thirty days from the date he receives the appellate record to file his pro se *Anders* brief.

After consideration, we **GRANT** appellant's request for a copy of the appellate record. We further **ORDER** appellant to file a pro se brief **on or before October 2, 2017** as set out in our order dated August 3, 2017. If appellant is unable to timely file a pro se brief, appellant may file a request for an extension time to file his brief on or before October 2, 2017.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of August, 2017.



Luz Estrada
Chief Deputy Clerk